AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  19-mc-12125
ONE BLACK IPHONE CELLULAR TELEPHONE CONTAINED )
IN A PROTECTIVE CASE, UNKNOWN MODEL, UNKNOWN )
IMEI NUMBER, LOCATED AT JEFFERSON PARISH )
SHERIFF'S OFFICE, 725 MAPLE AVENUE, HARVEY, LA )
70056

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     Louisiana    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before   September 4, 2019   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     the Duty U.S. Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  8/21/19 at 10:15a.m.     _____
                                                                                        *Judge's Signature*

City and state:    New Orleans, Louisiana        Honorable Dana M. Douglas, U.S. Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>19-mc-12125 | Date and time warrant executed:<br>08/28/2019 / 10:30 A.M. | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>TFO Jeremiah Washington |||
| Inventory of the property taken and name of any person(s) seized:<br><br>(1) Black Apple Iphone with Red case.<br>The Iphone was sent off to our forensic lab for analysis due to the complexity of the Iphone. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

Subscribed, sworn to, and returned
before me this ___ day of _____, 20__.

_____
U.S. Judge or Magistrate

_____
Executing officer's signature

Sheldon Jones, Special Agent
Printed name and title

09/03/2019

## **ATTACHMENT A**

The property to be searched is the following cellular device: Black Apple iPhone contained in a protective case, unknown model, unknown IMEI number, currently located at the JPSO evidence vault at 725 Maple Avenue, Harvey, Louisiana. This warrant authorizes the forensic examination of the aforementioned cellular device for the purpose of identifying the electronically stored information described in Attachment B.

**ATTACHMENT B**

1.     All records on the Devices described in Attachment A that relate to violations of Title 21, United States Code, Section 841(b)(1)(A) and Title 18, United States Code, Section 924(c), Prohibited Acts, and involve Palma JEFFERSON since April 1, 2019, including:

   a. Firearms; ammunition; documents pertaining to the sale/ transfer of firearms
   b. lists of customers and related identifying information;
   c. communications related to drugs;
   d. types, amounts, and prices of drugs trafficked, as well as dates and times;
   e. any information related to sources of drugs;
   f. any information relating to schedule or travel from April 1, 2019 to the present; and
   g. information related to firearms, including but not limited to, information indicating who owned the firearms found during the search or information relating the ammunition found during the search; and
   h. evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.[1]

---

[1] As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form